# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:02CV217

| | |
|---|---|
| REBECCA WILLIS,         )<br>                         )<br>     Plaintiff,        )<br>                         )<br>     Vs.                 )<br>                         )<br>TOWN OF MARSHALL, NORTH  )<br>CAROLINA, a corporation of the )<br>State of North Carolina, )<br>                         )<br>     Defendant.          )<br>                         ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's motion to compel. Defendant was given an extension of time until July 10, 2006, to complete the discovery responses or file response to the motion. No response has been filed; however, the Court is cognizant of the excellent reputation of Ms. King, defense counsel, and it may well be that the discovery has been supplemented without court intervention.

As a result, the Court inquires of the parties as to whether this matter has been resolved; and, if it has not, the Court will refer the matter to the Magistrate Judge for a hearing.

**IT IS, THEREFORE, ORDERED** that, on or before July 21, 2006, the parties shall advise the Court by written filing not to exceed two pages whether the matter has been resolved.

Signed: July 17, 2006

Lacy H. Thornburg
United States District Judge