# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL NO. 1:02 cv 217

| | |
|---|---|
| **REBECCA WILLIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| **TOWN OF MARSHALL, NORTH** ) | |
| **CAROLINA, a corporation of the** ) | |
| **State of North Carolina,** ) | |
| ) | |
| **Defendant.** ) | |

THIS MATTER is before the court on the plaintiff's oral motion presented on August 15, 2006, to which the defendant, through its counsel consented, requesting that the undersigned extend the times for completion of discovery, filing of dispositive motions and trial as had previously been set forth in the Pretrial Order and Case Management Plan filed by United States District Judge Lacy H. Thornburg in the Pretrial Order and Case Management Plan filed on March 6, 2006. After consultation with Judge Thornburg, the undersigned has received authorization from Judge Thornburg to enter the following order.

**ORDER**

1. The time for discovery completion in the above entitled matter is hereby extended from September 1, 2006 to November 1, 2006.

2. The motion deadline is extended from September 22, 2006 to November 22, 2006.

3. The trial date is extended from November 6, 2006 to the first civil trial term in January 2007.

Signed: August 21, 2006

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge