# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:02CV217

| | |
|---|---|
| **REBECCA WILLIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| **TOWN OF MARSHALL, NORTH** ) | |
| **CAROLINA, a corporation of the** ) | |
| **State of North Carolina,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the January 2007 term in the Asheville Division.

The deadline for filing dispositive motions has been extended to December 15, 2006. Taking into account the parties' respective response times, it will not be possible for the Court to complete its review of the motions in order to afford the parties adequate time to prepare for trial for the January 2007 term.

**IT IS, THEREFORE, ORDERED** that the Clerk calendar this case for trial during the Court's March 2007 term in the Asheville Division.

Signed: December 12, 2006

Lacy H. Thornburg
United States District Judge