# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:02CV217

| | |
|---|---|
| REBECCA WILLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| TOWN OF MARSHALL, NORTH ) | |
| CAROLINA, a corporation of the ) | |
| State of North Carolina, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the trial from the March 2007 term in the Asheville Division.

The Court has under advisement the Plaintiff's motion for sanctions and the Defendant's motion for summary judgment; the Court will not complete its review of these motions in time for the parties to adequately prepare for trial for the March 2007 term.

**IT IS, THEREFORE, ORDERED** that the Clerk calendar this case for trial during the Court's May 2007 term in the Asheville Division.

2

Signed: February 12, 2007

*[signature]*

Lacy H. Thornburg
United States District Judge