IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:02CV217

| | |
|---|---|
| REBECCA WILLIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> TOWN OF MARSHALL, NORTH ) <br> CAROLINA, a corporation of the ) <br> State of North Carolina, ) <br> ) <br> Defendant. ) <br> ) | **J U D G M E N T** |

For the reasons stated in the Memorandum of Opinion filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant's motion for summary judgment is **ALLOWED**, and this matter is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Signed: April 12, 2007

Lacy H. Thornburg
United States District Judge